No. 10–5400. TAPIA *v.* UNITED STATES. C. A. 9th Cir. [Certiorari granted, *ante,* p. 1104.] Motion of petitioner for leave to file volume II of the joint appendix under seal granted.

No. 10–7441. SOLIS *v.* TEXAS DEPARTMENT OF CRIMINAL JUSTICE. Ct. App. Tex., 10th Dist. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 1130] denied.

No. 10–7550. RUTHERFORD *v.* EMPLOYMENT STANDARDS ADMINISTRATION ET AL. C. A. 5th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 1176] denied.

No. 10–7721. McCONNEL *v.* UNITED STATES. C. A. 10th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 1133] denied.

No. 10–7875. JONES *v.* MIDSTATES DEVELOPMENT, INC., ET AL. Ct. App. Neb. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 1197] denied.

No. 10–7900. BREEST *v.* NEW HAMPSHIRE. Sup. Ct. N. H. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 1197] denied.

No. 10–8196. TOMEY ET UX. *v.* LAMBDIN. Ct. Sp. App. Md.;
No. 10–8228. TUCKER ET AL. *v.* CITY OF LOS ANGELES, CALIFORNIA. C. A. 9th Cir.; and
No. 10–8516. SEISMAN *v.* CONSUMER PROTECTION DIVISION OF THE OFFICE OF THE ATTORNEY GENERAL OF MARYLAND. Ct. Sp. App. Md. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until March 28, 2011, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

No. 10–8888. IN RE TOBEY;
No. 10–8912. IN RE SOTO; and
No. 10–8947. IN RE NESBITT. Petitions for writs of habeas corpus denied.

No. 10–8524. IN RE TROXLER. Petition for writ of mandamus denied.